UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-3686 JST (JCG) | Date | March 6, 2013 |
|---|---|---|---|
| Title | *Lance Harlan Van Horn v. Carolyn W. Colvin, Commissioner of Social Security Administration* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Beatriz Martinez | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE ON OR BEFORE MARCH 20, 2013

Pursuant to the Court's May 11, 2012 Order Regarding Further Proceedings, Plaintiff's "motion for summary judgment and points and authorities in support of the relief requested shall be filed no later than **sixty (60) days** after the answer and transcript of administrative proceedings are filed." (Court's May 11, 2012 Order at 2 (emphasis in original).) Defendant filed its answer and administrative record on October 24, 2012. [Dkt. Nos. 9-10.] Thus, Plaintiff's motion for summary judgment and supporting points and authorities were due on **December 24, 2012**. No such motion has been filed as of the date of this order, although Plaintiff did submit additional evidence on December 14, 2012. [*See* Dkt. No. 13.]

Accordingly, IT IS HEREBY ORDERED THAT, on or before **March 20, 2013**, Plaintiff shall show cause, if there be any, why this action should not be dismissed for Plaintiff's failure to prosecute this action. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular, Plaintiff's declaration must address why Plaintiff has failed to file his motion for summary judgment. Failure to timely file such a declaration or to show cause as ordered will result in dismissal of this action for failure to prosecute. Defendant shall inform Plaintiff of this order.**

**IT IS SO ORDERED.**

cc: Parties of Record

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  | bm |