# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE HARLAN VAN HORN,<br><br>  Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>  Defendant. | Case No. CV 12-3686 JLS (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. Plaintiff filed no objections to the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

(1) The Report and Recommendation is approved and accepted; and

(2) Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and the Judgment on the parties.

Dated: March 12, 2014

JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE