1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LANCE HARLAN VAN HORN,

    Plaintiff,

    v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-3686 JLS (JCG)

**JUDGMENT**

    IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's
Report and Recommendation, the above-captioned action is DISMISSED
WITHOUT PREJUDICE.

Dated: March 12, 2014

    JOSEPHINE L. STATON

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE